IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Andrea J. Magwood, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 2:15-cv-2246-RMG |
| ) | |
| v. ) | |
| ) | **ORDER** |
| Christiana Trust, *A Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-15*, ) ) ) ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Report and Recommendation ("R & R") of the Magistrate Judge (Dkt. No. 13) recommending that this Court dismiss this case without prejudice for failure to Comply with this Court's Order (Dkt. No. 8) or to properly prosecute her claims. The Court hereby adopts the R & R.

Plaintiff seeks a declaratory judgement regarding her claim that she has created a "land trust" in certain real property. (Dkt. No 1). The Magistrate Judge issued an order for Plaintiff to bring her complaint in proper form, simultaneously informing her that failure to do so would result in the dismissal of her claims. (Dkt. No. 8). Plaintiff failed to provide the requested items or to contact the Court in writing any way. Accordingly, the Magistrate judge recommended dismissing the case without prejudice.

The Court has reviewed the R & R, the full administrative record in this matter and the relevant legal authorities. The Court finds that the Magistrate Judge ably and promptly summarized the factual and legal issues and appropriately recommended that the breach of contract claim should be dismissed. Therefore, the Court hereby ADOPTS the R & R as the order of this Court.

**AND IT IS SO ORDERED.**

_____
Richard Mark Gergel
United States District Court Judge

October 7, 2015
Charleston, South Carolina

2